**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: August 24, 2021**



Jeffery P. Hopkins
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-11384 |
| JEFFREY BALL<br>HOLLY BALL | CHAPTER 13 |
| | JUDGE JEFFERY HOPKINS |
| Debtor(s) | |

### AGREED ORDER GRANTING OBJECTION TO PROOF OF CLAIM, doc. 69

This matter is before the Court on the Debtors' Objection to Proof of Claim (Doc. 69). Debtor's Counsel, Kathleen D. Mezher, Chapter 13 Trustee Margaret Burks and Creditor's Counsel, Amy S. Ferguson, agree the objection to the proof of claim is granted with the following acknowledgements:

1. Debtors are current on their payments to Lake Lorelei Property Owners Association, Inc. and no arrearage is due.

2. The Chapter 13 Trustee shall not make any disbursements on the claim to Lake Lorelei Property Owners Association, Inc. (Trustee Claim 17, Court Claim 3) and the claim shall be disallowed.

SO ORDERED.

| | |
|---|---|
| /s/ Margaret A. Burks | /s/ Kathleen D. Mezher |
| Margaret A. Burks, Esq. #0030377 | Kathleen D. Mezher #0016982 |
| Chapter 13 Trustee | Attorney for Debtors |
| 600 Vine Street, Suite 2200 | 8075 Beechmont Avenue |
| Cincinnati, OH 45202 | Cincinnati, Ohio 45255 |
| (513) 621-4488   FAX: (513) 621-2643 | (513) 474-3700 FAX: (513)  388.4652 |

/s/ Amy S, Ferguson
Amy S. Ferguson #0059466
Attorney for Lake Lorelei Property Owners Association, Inc.
10655 Springfield Pike
Cincinnati, OH 45215
513-771-6768

Copy served upon:
Default List

Amy S. Ferguson, Esq.
10655 Springfield Pike
Cincinnati, OH 45215